FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IGOR I. TURKENICH,

                    Petitioner,

    -against-

WARDEN OF MID HUDSON FORENSIC
PSYCHIATRIC CENTER,

                    Respondent.
------------------------------------------------------------X

JUDGMENT
10-CV- 3586 (NGG)

        An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 13, 2011, dismissing the petition for a writ of habeas corpus in accordance with the Court's Order of May 13, 2011; ordering that a Certificate of Appealability will not issue; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith; and that in forma pauperis status is denied for the purpose of any appeal; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed in accordance with the Court's Order of May 13, 2011; that a Certificate of Appealability will not issue; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that in forma pauperis status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
         September 13, 2011

                                                s/Robert C. Heinemann

                                                ROBERT C. HEINEMANN
                                                Clerk of Court